Kenneth N. Smersfelt (SBN 166764)
Amir Shlesinger (SBN 204132)
Michelle L. Cheng (SBN 239711)
Benjamin C. Watson (SBN 306379)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:  +1 213 457 8080

Attorneys for Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WUN-LING CHANG, M.D., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA, dba ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:19-cv-02930<br><br>Removal from Los Angeles County Superior Court, Case No.: 19STCV02777<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441, and 1442**<br><br>Compl. Filed:     January 31, 2019 |

**TO THE CLERK FOR THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively "Anthem") hereby remove this action from the Los Angeles County Superior Court to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1441, and 1442.  In support of this Notice of Removal, Anthem states the following:

**I.    THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1442**

This action is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

On January 31, 2019, Plaintiff Wun-Ling Chang, M.D., Inc., ("Plaintiff") filed a Complaint against Anthem in the Los Angeles County Superior Court asserting causes of action for Violation of Business and Professions Code § 17200, Declaratory Relief, Breach of Contract, and Quantum Meruit seeking reimbursement for medical services. A copy of all process, pleadings, and orders filed in the original state court action, case number 19STCV02777, is attached as **Exhibit 1**.

Plaintiff alleges that it provided medical services to Anthem members/insureds who assigned to Plaintiff their rights to benefits under their respective health plans. Plaintiff is now suing for the benefits purportedly owed under those health plans.  On March 18, 2019, Plaintiff provided to Anthem a list of the medical claims at issue. *See* Declaration of Michelle L. Cheng ("Cheng Decl.") ¶ 2 and Exhibit 1.  Some of the medical claims Plaintiff listed seek benefits under group employee benefit plans governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001, *et. seq.* ("ERISA").  *See* Declaration of Christopher Loftin ("Loftin Decl") ¶ 2 and Exhibits 2–11.  At least one of the medical claims Plaintiff listed seeks

benefits under a Medicare Advantage Plan administered by Anthem pursuant to a broad delegation of authority by the Center for Medicare & Medicaid Services, pursuant to 42 U.S.C. § 1395w-27.  *See* Loftin Decl. ¶ 3 and Exhibit 12.

Because Plaintiffs' Complaint seeks and relates to the enforcement of rights and the payment of benefits under ERISA plans, ERISA completely preempts Plaintiff's cause of action for these claims and supplies the basis for federal jurisdiction.  28 U.S.C. § 1331; 29 U.S.C. §§ 1132, 1144 (ERISA §§ 502, 514).  In addition, because the Complaint seeks and relates to the enforcement of rights and the payment of benefits under a Medicare Advantage Plan against a Medicare Advantage Organization to which a federal agency has delegated its duty to administer Medicare benefits, the Federal Officer Removal Statute supplies the basis for federal jurisdiction.  28 U.S.C. § 1442.

## II.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

This Notice of Removal is timely filed as required by 28 U.S.C. § 1446(b)(3). Plaintiff provided to Anthem a list of the medical claims at issue on March 18, 2019. *See* Cheng Decl. ¶ 2 and Exhibit 1.

This action is pending at the Superior Court of California for the County of Los Angeles, which is located within the jurisdiction of the United States District Court for the Central District of California, Western Division.  Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. §1446(d), Anthem will serve on all other parties and file with the Clerk of the Superior Court a  "Notice to Plaintiff and the Clerk of the Superior Court of Removal of Civil Action to the United States District Court," attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREFORE, Anthem respectfully removes this action from the California Superior Court, County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1442.

DATED: April 16, 2019        REED SMITH LLP

By:      /s/ Benjamin C. Watson
Kenneth N. Smersfelt
Amir Shlesinger
Michelle L. Cheng
Benjamin C. Watson
Attorneys for Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company